# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Twite on behalf of himself and all others similarly situated,<br><br>                                              Plaintiff,<br>v.<br><br>Ameriquest Mortgage Company, Northwest Title and Escrow Corp., and O'Neil Closing Services LLC,<br><br>                                              Defendants. | COURT FILE NO:  CV 05-2210 PAM/RLE<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF THE DEFENDANT NORTHWEST TITLE AND ESCROW CORPORATION** |

       Based on the Stipulation between the Plaintiff Jeffrey Twite, on behalf of himself and all others similarly situated, and the Defendant Northwest Title and Escrow Corporation, the above-entitled action shall be and is hereby dismissed in regard to the Defendant Northwest Title and Escrow Corporation, and that all claims against the Defendant Northwest Title and Escrow Corporation shall be, and are hereby, similarly dismissed with prejudice.  It is further ordered that this dismissal with prejudice shall not affect the claims against the other above-named defendants, and that the above-entitled action shall remain pending against those defendants.


Dated: February __8__, 2006                    s/Paul A. Magnuson
                                                Paul A. Magnuson, Judge
                                                United States District Court